ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAM ABDELMONEIM KHA ALY, | CASE NO. 2:25-CV-03746 TLN-CKD |
| Plaintiff, | ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |
| v. | |
| USCIS, | |
| Defendant. | |

**ORDER**

The Court has considered the parties' Stipulation to Remand Case to United States Citizen and Immigration Services. With good cause showing, IT IS HEREBY ORDERED:

1. Plaintiff Hossam Abdelmoneim Kha Aly's application for naturalization is REMANDED for adjudication to the United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 application for naturalization and issue a decision within 90 days after entry of this order of remand.

2. For purposes of this Order, USCIS is only required to complete the adjudication of the N-400 application within the 90-day time period. The time period does not include the review and decision of any administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the Application is denied.

ORDER FOR REMAND

3. If USCIS determines the Plaintiff may be ineligible for naturalization at this time, USCIS will issue a Notice of Intent to Deny to Plaintiff informing him of the reason for ineligibility and provide him with an opportunity to address the eligibility issue prior to the agency's final decision on his application.

4. If USCIS does not issue a decision on Plaintiff's Application for Naturalization within 90 days after entry of the Court's remand order, Defendant will not oppose any request by Plaintiff to this Court to vacate this remand order.

DATED:  February 18, 2026

_____

Troy L. Nunley
Chief United States District Judge

ORDER FOR REMAND